## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

SAEVE EVANS,

      *Defendant.*

**Case No. 22-cr-63 (RCL)**

## VERDICT FORM

We, the jury, unanimously find as follows:

## COUNT ONE (KIDNAPPING RESULTING IN DEATH)

As to Count One of the Indictment, we, the members of the jury, do hereby find the defendant, Saeve Evans:

_____ Guilty      ___X___ Not Guilty

*If you find the defendant "Guilty" as to Count One, skip the lesser included offense (kidnapping) and proceed to sign/date the verdict form. If you find the defendant "Not Guilty" as to Count One, proceed to render a verdict on the lesser included offense.*

## LESSER INCLUDED OFFENSE (KIDNAPPING)

As to the lesser included offense of Count One of the Indictment, we, the members of the jury, do hereby find the defendant, Saeve Evans:

_____ Guilty      ___X___ Not Guilty

Date and Time: _Nov, 21, 2022    3:11 pm_

Foreperson Juror Number

